DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUVENCIO TAPIA-PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-0086 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JUVENCIO TAPIA-PACHECO, ) | |
| ) | Date:  June 22, 2009 |
| Defendant. ) | Time:  10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for June 22, 2009 be vacated, and a new status date of July 13, 2009 at 10:00 a.m. be set.

   This continuance is necessary due to on-going defense investigation and continuing plea negotiations between the parties.

   It is further stipulated and agreed between the parties that the period beginning June 22, 2009 through and including July 13, 2009, should be excluded in computing the time within which trial must

1  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
2  § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of
3  counsel.
4  Dated: June 18, 2009                    Respectfully submitted,
5                                          DANIEL BRODERICK
                                           Federal Defender
6
7                                          /s/ Matthew C. Bockmon
                                           MATTHEW C. BOCKMON
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          JUVENCIO TAPIA-PACHECO
10
                                           LAWRENCE G. BROWN
11                                         Acting United States Attorney
12 Dated: June 18, 2009                    /s/ Matthew C. Bockmon for
                                           MICHAEL D. ANDERSON
13                                         Assistant U.S. Attorney

**ORDER**

17 **IT IS SO ORDERED.**
18 DATED: June 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order                             2